# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

FILED
FEB 1 0 2023
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

X Luis T. Gonzalez )
)
Plaintiff )
)
vs. )    Case No. _____
)    *(The case number will be assigned by the clerk)*
Peoria County Jail, )
C.O. Jewel Sanders, Sargent Munos )
Med lady Nurse Brittany vanFleet )
"DIANA DOE" H.C.S )
_____ )
_____ )
_____ )
_____, )
)
Defendant(s) )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

X Full Name: Luis Thomas Gonzalez

Prison Identification Number: #2300152

Current address: 301 N Maxwell Rd Peoria IL 61604

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Jewel Sanders

Current Job Title: C.O.

Current Work Address: Peoria county Jail 301 N. Maxwell Rd

Defendant #2:

Full Name: Munos

Current Job Title: Sargent

Current Work Address: Peoria county Jail 301 N. Maxwell Rd

Defendant #3:

Full Name: Brittany Vanfleet

2

Current Job Title: _Med lady nurse_

Current Work Address _Peoria County Jail 301 N. Maxwell Rd_

Defendant #4:

Full Name: _DIANA "DOC"_

Current Job Title: _Head Health care Superviser_

Current Work Address _301 N Maxwell Rd Peoria County Jail_

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐    No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑    No ☐

3

C. If your answer to B is yes, how many? __1__ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number
   _Don't remember but was present in court in 2016_

2. Basic claim made _failure to protect, deliberate indifference_

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _Settled out of court, no appeals, nothing pending_

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒ No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☒ No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Peoria County Jail

Date(s) of the occurrence  1/12/23, 1/13/23, 1/18/23

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

① On 1/12/23 the following happened, I suffered a barage of seziours in one setting in detox cell 1 in Peoria County Jail. I was up there not detoxing but because of no room in Medical. I was housed there so I could be watched every 15 min as the c/o's check all cells in the hallway. I had just suffered a seziour I was coherent able to hear voices of other c/o's outside my cell door clearly watching these seziours take place but not call for help. I was layin in my own urine not able to move but hear and see only what I was facing. c/o Jewel Sanders, Sgt Munoz where the voice I heard beause I was able to recognize the accents of the two c/o's that night. c/o's that I did not recognize where standing in front of my cell which can be proven by the camara pointing and facing my cell talk about me flopping like a fish and watch instead of call for help c/o Sanders she did radio for medical. Nurse Brittney showed up came in the cell the only thing after that I recall was her Nurse Brittney say we are not sending you to the hospital. This facility is not equipped with the proper medication for those suffering at the time of a seziour to help stop the seziour from continuing to go on which in my case can cause brain damage and sudden death. This drug is adavan, but instead left me in the cell in my urine until it was

decided to give me new jumpsuit and shower.

②. The following night on 1/13/23 after being moved to a medical cell, I suffered another baruge of seziur in which I don't remember all of the events but that I woke up in my own urine in the middle of the medical cell, I fell asleep from being weak as I usally do after sezing, the camara in front of my cell will show all that had happened. I do know that my right shoulder is still in pain from that night and feels as if my shoulder is torn I told the c/o who responed to me pushing the emergeny button in the cell, this c/o Jhon doe because I do not know his name. I spoke with him breifly saying I think I may have had a seziur he said, Jhon doe we know we are getting you a jumpsuit, but would not let me out to shower because they do not have staff on weekends to sit and watch for me to shower, Clear violation of my rights, also being in an inopprable cell with no hot water to wash up myself with cold water. It is clearly winte time and making me wash up is clearly crule and unual punishment by forcing me to sit like that until Monday Morning 1/16/23 Clear violations of the law under the 14th & 8th amendments.

③ On 1/18/23 while being housed in medical the following occured I was standing up in my cell vent to sit back down on my mat and just like that rolled my ankel causing my ankel to pop out of Socket. I hit the emergency button to notify nurse Brittney who came into my cell and seen my bone in my foot clearly put of socket, She gave me pain meds and said that I was not going to the hospital that I would have to wait for the doctor to come in the morining, leaving me in clear and excrusiating pain all night until my ankel poped back into socket, a clear violation of my rights

this has been on going all done out of retaliation to me. All my disabilitys are all valid with my ankels I have the MRI's and X-Rays to prove why I constantly roll them and am in constant pain. I was supposed to already have surgery on both of them, but due to complications have not been able to get them reschdual. I have released all medical records to the Medical Unit here at the Peoria County Jail. The c/o's Named and Medical Staff that has not been Named all Jane Doe's and Jhon Doe's will be added as soon as I can Remember or see footage to then know the names of said persons. All Subjects have in clear violation of all amendments Applied.

I have asked for the footage from camras here in Peoria County Jail but have been denied access clearly hindering me to properly prepair and move on with my claim. I was only just recently given an x-ray of my shoulder which will not show the extent of the damage of my shoulder, and my ankles which the previous damage from the MRI's will show how unstable my feet are. The Medical staff still wont order me MRI's on My Shoulder's or My Ankels, leaving me in extensive pain, all Day and Night in my right shoulder and my left ankel, from the mistreatment from jail c/o's and health care nures and providers. given only tylanol for this pain.

7

## RELIEF REQUESTED

(State what relief you want from the court.)

That said defendants be relieve of dutys and that I be giving compisation for pain and suffering, Nomial damages, as well as punitive damages as directed by jury.

JURY DEMAND    Yes ☒    No ☐

Signed this 20 day of January, 20 23.

(Signature of Plaintiff)

Name of Plaintiff: Luis T. Gonzalez

Inmate Identification Number: 2300152

Address: Peoria county Jail
301 N. Maxwell Rd

Telephone Number:

8

