Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Luis T. Gonzalez | ) |
| Plaintiff, | ) |
| vs. | ) Case Number: 23-1051 |
| Jewel Sanders, Munos, Brittany VanFleet, Peoria County Jail, Diana. | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Luis T. Gonzalez's action against Defendants Jewel Sanders, Munos, Brittany VanFleet, Peoria County Jail and Diana is dismissed without prejudice.

**Dated: 6/21/2023**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court